UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| RIDDHI VINAYAK HOTELS, LLC<br>D/B/A SUBURBAN EXTENDED STAY<br>AND MOTEL 6,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM S. WILLIS AND THE<br>INSURANCE CENTER - LANCASTER<br>MCADEN WILLIS SMITH,<br><br>    Defendants | Civil Action No. 6:21-cv-01320-DCC |

## DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY

The Insurance Center - Lancaster McAden Willis Smith, does hereby provide the following Disclosure of Expert Testimony.

    A.    The Insurance Center - Lancaster McAden Willis Smith has set forth and identified the following expert witnesses:

i. R. Bryan Tilden, CPCU, CLU, ARM, ALCM, ChFC, CIC, SCLA
   TILDEN AND ASSOCIATES
   526 Red Gate Road
   Pittsboro, North Carolina

Copies of Mr. Tilden's report of anticipated testimony and Mr. Tilden's curriculum vitae have been submitted to Plaintiff's counsel.

ii. Ashley R. Avery, MSCE, PE
    Applied Building Sciences
    5727 Westpark Drive
    Suite 206
    Charlotte, NC 28217

Copies of Mr. Avery's three (3) reports on this matter and a copy of Mr. Avery's curriculum vitae have been submitted to Plaintiff's counsel.

The Insurance Center - Lancaster McAden Willis Smith specifically reserves the right to supplement this information as discovery progresses.

      B.      The Insurance Center - Lancaster McAden Willis Smith certifies that it has served Riddhi Vinayak Hotels, LLC d/b/a Suburban Extended Stay and Motel 6 with the written report signed by the above-named expert which discloses the information required by Federal Rules of Civil Procedure 26(a)(2)(B). The Insurance Center - Lancaster McAden Willis Smith reserves the right to supplement its answers and the provided information as discovery progresses in this case.

                                      MCANGUS GOUDELOCK & COURIE, LLC

                                      *s/Alan G. Jones*
                                      Alan G. Jones
                                      Fed. ID No. 100141
                                      55 East Camperdown Way, Suite 300
                                      Greenville, South Carolina 29601
                                      Phone: (864) 239-6729
                                      Fax: (864) 242-3199
                                      Email: alan.jones@mgclaw.com

                                      ATTORNEYS FOR THE INSURANCE CENTER
                                      - LANCASTER MCADEN WILLIS SMITH

July 8, 2022